DA #21N0812

GJ Number 2204N029  Division: Northern        Agency #: 21-0905        CC #: 22-74

PKs

INDICTMENT                  CIRCUIT COURT
                            April Term, 2022
STATE OF ALABAMA
ST. CLAIR

### Count 1 - DC-21-844

TIMOTHY DEWAYNE ROBINSON, whose name is to the Grand Jury otherwise unknown, did intentionally hinder the apprehension, prosecution, conviction or punishment of another person for conduct constituting an Attempted Murder, a Class A or B Felony, in that said TIMOTHY DEWAYNE ROBINSON rendered criminal assistance to such person, to-wit: Michael James, by concealment or destruction of physical evidence, said evidence being a knife or knife-like object, in violation of Section 13A-10-43 of the Alabama Criminal Code, against the peace and dignity of the State of Alabama.

### Count 2 - DC-21-845

TIMOTHY DEWAYNE ROBINSON, whose name is to the Grand Jury otherwise unknown, on or about 8/20/2021, by means of intimidation, physical force, or interference, or by another independently unlawful act, intentionally obstructed, impaired, or hindered the administration of law, or other governmental function, to-wit: knowingly making a false statement or report that "no weapon was recovered" on an Alabama Department of Corrections Incident Report, in violation of Section 13A-10-2 of the Code of Alabama against the peace and dignity of the State of Alabama.

### Count 3 - DC-21-843

TIMOTHY DEWAYNE ROBINSON, whose name is to the Grand Jury otherwise unknown, on or about 8/20/2021, believing that an official proceeding was pending or may have been instituted and acting without legal right or authority did destroy, mutilate, conceal, remove, or alter physical evidence with the intent to impair its use, verity, or availability, to-wit: Knowingly collected and concealed a knife or knife-like object, in violation of 13A-10-129 of the Code of Alabama against the peace and dignity of the State of Alabama.

CHARGES:
( 1 ) HNDR PROS 1   50060101
( 2 ) OBSTRUCTING GOVERNMENTAL OPERATIONS   99990011
( 3 ) TAMPERING W/PHYS EVID   99990003

FILED
NORTHERN DIVISION-ASHVILLE
APR 08 2022
ST. CLAIR COUNTY
CLERK & REGISTER

Circuit Court of St. Clair County, 2022 Grand Jury Session

---

Case:   21N0812        NCIC:

GJ Number 2204N029  Division: Northern                Agency #: 21-0905

DA #21N0812
CC #:

## INDICTMENT

STATE OF ALABAMA
ST. CLAIR

CIRCUIT COURT
April Term, 2022

_____
Lyle Harmon, District Attorney
Thirtieth Judicial Circuit

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Case:   21N0812     NCIC:                                                Agency #: 21-0905                    CC #: